[No. 46816-2-I.   Division One.   May 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER GUITIERREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-02256-9, Gerald L. Knight, J., entered May 10, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46819-7-I.   Division One.   May 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. J.A.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-04696-1, James Bryan Street, J., entered May 26, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46886-3-I.   Division One.   May 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ANNETTE M. SAN CARTIER, *Defendant*, IESHEA L. BROWN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-10097-9, Anthony P. Wartnik, J., entered June 2, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46901-1-I.   Division One.   May 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GLOVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-02449-4, Harriett M. Cody, J., entered June 21, 2000. *Affirmed* by unpublished per curiam opinion.